COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS



| | § | |
|---|---|---|
| ATI JET SALES, LLC, | § | No. 08-21-00208-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| CITY OF EL PASO, TEXAS AND | § | of El Paso County, Texas |
| MARIA O. PASILLAS, TAX ASSESSOR – COLLECTOR, CITY OF EL PASO, | § | (TC# 2021DCV1168) |
| Appellees. | § | |
| | § | |

**O R D E R**

Appellees' Motion to Dismiss for Want of Jurisdiction is DENIED.

Further, the Appellant's first motion for extension of time to file the brief is GRANTED.

The Appellant's brief is now due August 4, 2022.

IT IS SO ORDERED this 5th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.